# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

149902(87)(88)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THOMSON REUTERS (TAX & ACCOUNTING) INC.,
   Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellant.
_____/

SC: 149902
COA: 313825
Ct of Claims: 11-000091-MT

On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of plaintiff-appellee in this case: R. Gregory Roberts and Hollis L. Hyans.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014

